**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ROSE WHITFIELD,

    Plaintiff,                                CASE NO.: 3:17-CV-01381-TJC-MCR

-vs-

GENESIS BANKCARD SERVICES, INC.,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, Rose Whitfield, and the Defendant, Genesis Bankcard Services, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 17th day of May, 2018.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Ashley N. Rector* |
| Octavio Gomez, Esquire | Ashley N. Rector, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 0106605 |
| Morgan & Morgan, Tampa, P.A. | Sessions, Fishman, Nathan & Israel, L.L.C. |
| One Tampa City Center | 3350 Buschwood Park Drive, Suite195 |
| Tampa, FL 33602 | Tampa, FL 33618 |
| Tele: (813) 223-5505 | Tele: (813) 440-5327 |
| Fax: (813) 223-5402 | Fax: (866) 466-3140 |
| TGomez@ForThePeople.com | arector@sessions.legal |
| JessicaK@ForThePeople.com | ycolon@sessions.legal |
| *Attorney for Plaintiff* | *Attorney for Defendant* |